OLIVER J. DYKEMAN, Respondent, v. ERNEST FAHNESTOCK, as Administrator, etc., and Another, Appellants.— Determination affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CHARLES RUBINOWITZ and Another, Trading, etc., Respondents, v. SIMON KAPLAN, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order.   No opinion.   Order to be settled on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

NICHOLAS P. SHERIDAN, an Infant, by JAMES J. BYRNE, His Guardian ad Litem, Respondent, v. SYDNEY A. SYME, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted.   No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE BARRETT COMPANY, Respondent, v. JULES E. BERNARD and Others, Copartners, etc., Appellants.— Order modified so as to amend the order for examination by striking therefrom the words " the matters stated in said affidavits, and more particularly," and as so modified affirmed, with ten dollars costs and disbursements to respondent; the date for the examination to proceed to be fixed in the order.   No opinion.   Order to be settled on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CHARLES J. HENDERSON and Another, Respondents, v. ANDREW MEGALOS, Appellant.— Order modified by directing that the paragraph numbered 4 in the order for examination be stricken out, and as so modified affirmed, without costs; the time for the examination to proceed to be fixed in the order.   No opinion.   Order to be settled on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ALFRED H. POST and Another, Respondents, v. ANDREW MEGALOS, Appellant.— Order modified by directing that the paragraph numbered 4 in the order for examination be stricken out, and as so modified affirmed, without costs, the time for the examination to proceed to be fixed in the order.   No opinion.   Order to be settled on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JOSEPH E. FIORITA and Another, Copartners, etc., Respondents, v. FRANK ZITO, Doing Business as FRANK ZITO & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order.   No opinion.   Order to be settled on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of Supplementary Proceedings: GEORGE E. COLLINS, Judgment Creditor, v. ALBERT F. McWILLIAMS, Judgment Debtor, Respondent.   HARRY KRAUSS, Receiver, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.